IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENA HARRIS, as Administrator of the Estate of Chaungene L. Ward, deceased, et. al, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV349 |
| vs. | ) ) | ORDER |
| OLEG VELICHKOV, et. al | ) ) ) | |
| Defendants. | ) | |

The records of the court show that on October 2, 2009, a letter (Filing No. 8) was sent to:

> Jock M. Smith
> Cochran, Cherry Law Firm
> 306 North Main Street
> P.O. Box 830419
> Tuskegee, AL 36083

from the Office of the Clerk directing that the attorney register for admission to practice in this court as required by NEGenR 1.7(d) or (f) and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen days. On November 6, 2009, Mr. Smith applied for admission pro hac vice, but has not yet registered for the System. As of the close of business on April 6, 2010, said attorney has not complied with the request set forth in the letter from the Office of the Clerk. Accordingly,

**IT IS ORDERED** that, **on or before April 16, 2010,** attorney Jock M. Smith shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order may result in Mr. Smith's removal as counsel of record for the plaintiff.

DATED this 7th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge