# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KENA HARRIS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:09CV349 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **OLEG VELICHKOV, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on January 10, 2011.  Due to difficulty in arranging and completing depositions of various witnesses in Illinois and Florida, the previous schedule set forth in the Amended Order Setting Progression of Case (Filing No. 62), is canceled and will be rescheduled following a telephone conference with the court and counsel at **10:00 a.m. on March 31, 2011**. Plaintiffs' counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 10th day of January, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge