## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KENA HARRIS as** | ) | |
| **Administrators of the Estate** | ) | 8:09-CV-00349 |
| **of CHAUNGENE L. WARD, deceased** | ) | |
| **and MONICA NOLAN,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| **OLEG VELICHKOV, FRESH START,** | ) | |
| **INC., NERMIN DONESKI, MICKEY'S** | ) | |
| **TRUCKING EXPRESS INC, MILCO** | ) | |
| **DONESKI, FEDEX NATIONAL LTL,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This court finds that Plaintiff inadvertently included Ari N. Rodopoulos and Timothy Snively as counsel for Plaintiffs on the signature block of Pleading Number 92 (filing 97). The correct counsel for Plaintiffs is as follows:

Russell A. Westerhold, Esq.
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
(402) 341-6000
Fax: (402) 341-8290
Email: rwesterhold@fraserstryker.com
*ATTORNEY FOR BOTH PLAINTIFFS*

Daniel A. Thomas, Esq.
Andrew K. Smith, Esq.
HUMPHREY, FARRINGTON LAW FIRM
P.O. Box 900
221 West Lexington
Suite 400
Independence, MO 64051

(816) 836-5050
Fax: (816) 836-8966
Email: dat@hfmlegal.com
*ATTORNEYS FOR BOTH PLAINTIFFS*

Jock M. Smith, Esq.
Charles James, II, Esq.
COCHRAN, CHERRY LAW FIRM
306 North Main Street
P.O. Box 830419
Tuskegee, AL 36083
(334) 727-0060
Fax: (334) 727-7197
Email: bpinkard@cochranlawtuskegee.com
*ATTORNEYS FOR PLAINTIFF MONICA NOLAN*

Willie E. Gary, Esq.
Phyllis M. Gillespie, Esq.
GARY, WILLIAMS LAW FIRM
221 East Osceola Street
Stuart, FL 34994
(772) 463-4211
Fax: (772) 220-3343
Email: smcullough@williegary.com
*ATTORNEYS FOR PLAINTIFF KENA HARRIS*

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Strike Pleading Number 92 (filing 97) is granted. Filing No. 92 is hereby stricken from the record.

2. The Clerk shall modify the docket sheet so as to remove the listing of Ari N. Rodopoulos and Timothy Snively as Plaintiffs' counsel. No further notices shall be sent to Ari N. Rodopoulos and Timothy Snively in this matter.

**DATED November 22, 2011.**

                    **BY THE COURT:**

                    **S/ F.A. Gossett**
                    **United States Magistrate Judge**