IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENA HARRIS, as Administrators of the Estate of Chaungene L. Ward, Deceased, and MONICA NOLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV349 |
| V. | ) ) | |
| OLEG VELICHKOV, NERMIN DONESKI, MICKEY'S TRUCKING EXPRESS, INC., MILCO DONESKI, FEDEX NATIONAL LTL, INC., and FRESH START, INC., | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Rod Rehm, of Rehm, Bennett & Moore, P.C., L.L.O., has filed a motion requesting that he be permitted to withdraw as counsel for Plaintiffs Kena Harris and Monica Nolan (filing 117).  Because Plaintiffs will continue to be represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. Rod Rehm's motion to withdraw as counsel for Plaintiffs Kenna Harris and Monica Nolan (filing 117) is granted.

2. The Clerk shall terminate the appearance of Rod Rehm in this matter.

3. The Clerk shall terminate future notices to Rob Rehm in this matter.

**DATED December 21, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**