IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENA HARRIS, as Administrators of the Estate of Chaungene L. Ward, Deceased, and MONICA NOLAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:09CV349 |
| v. | ) ) | |
| OLEG VELICHKOV, NERMIN DONESKI, MICKEY'S TRUCKING EXPRESS, INC., MILCO DONESKI, FEDEX NATIONAL LTL, INC., and FRESH START, INC., | ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

1) Defendant FedEx National LTL, Inc.'s unopposed motion to continue, (filing no. 136), is granted.

2) Motions in limine challenging the admissibility of expert testimony under Rule 702 shall be filed on or before May 14, 2012.

3) All other deadlines in the progression order remain in effect.

DATED this 16th day of February, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge