IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENA HARRIS as Administrator of the Estate of CHAUNGENE L. WARD, deceased, and MONICA NOLAN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>OLEG VELICHKOV, FRESH START, INC., NERMIN DONESKI, MICKEY'S TRUCKING EXPRESS, INC., MILCO DONESKI and FEDEX NATIONAL LTL, INC.,<br><br>　　　　　　Defendants. | 8:09-CV-349<br><br><br><br><br>ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME |

　　　This matter is before the Court on the plaintiffs' unopposed motion for extension of time (filing 138) to file an opposition to the defendant's Fed. R. Civ. P. 56(c)(2) objection (filing 133). The plaintiffs' motion is granted. The plaintiffs may file their brief in response on or before March 7, 2012, and the objecting defendant may then file a reply brief in support of the objection on or before March 19, 2012.

　　　Dated this 21st day of February, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*s/ John M. Gerrard*
　　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　　United States District Judge