IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENA HARRIS, as Administrators of the Estate of Chaungene L. Ward, Deceased; and MONICA NOLAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>OLEG VELICHKOV, NERMIN DONESKI,  MICKEY'S TRUCKING EXPRESS, INC., MILCO DONESKI, FEDEX NATIONAL LTL, INC.,  FRESH START, INC.,<br><br>    Defendants. | 8:09CV349<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Aristotle "Ari" N. Rodopoulosas, as counsel of record on behalf of the plaintiffs, (filing no. 157), is granted.

November 5, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge