IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENA HARRIS, as Administrators of the Estate of Chaungene L. Ward, Deceased; and MONICA NOLAN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>OLEG VELICHKOV, et al;<br><br>            Defendants. | 8:09CV349<br><br>**MEMORANDUM AND ORDER** |

After conferring with the parties,

IT IS ORDERED:

1)   Although the matter of liens is still unresolved, this case is removed from the court's trial docket.

2)   The clerk shall set a case management deadline of March 15, 2013 to check on the status of the parties' dismissal documents.

February 19, 2013.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge