IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENA HARRIS, as Administrators of the Estate of Chaungene L. Ward, Deceased; and MONICA NOLAN,<br><br>    Plaintiffs,<br><br> vs.<br><br>OLEG VELICHKOV, NERMIN DONESKI, MICKEY'S TRUCKING EXPRESS, INC., MILCO DONESKI, FRESH START, INC.,<br><br>    Defendants. | 8:09CV349<br><br>**ORDER** |

   The parties reached settlement in the above captioned case on October 10, 2012. However, the parties have informed the court that negotiations of certain liens remain unresolved preventing the ultimate disposition of this case.  Based on these representations,

   IT IS ORDERED:

   1) On or before March 27, 2013 the defendants shall deposit with the Clerk of the Court its monetary obligations for settlement of this case.  Upon deposit of the aforementioned funds with the Clerk of the Court, the defendants shall immediately file notice with the Court indicating that the funds have been deposited.

   2) Documentation of all outstanding liens, including negotiated lien amounts, must be filed with the court by the close of business on March 27, 2013.  All liens still being negotiated between the plaintiff's and any providers as of March 27, 2013 at 5:00 p.m. (CDT) may be set aside for separate litigation as necessary so that the plaintiffs have access to settlement monies, the defendants are no longer subject to litigation in this case, and this case can be closed and removed from the court's docket.

2

3) Plaintiff shall serve copies of this order on any outstanding lienholders, including, but not limited to, TennCare. Plaintiff shall further file with this court proof of service of this order on the lienholders no later than March 26, 2013 at 12:00 p.m. (CST).

4) Parties shall file their joint stipulation for dismissal or other dismissal paperwork no later than 5:00 p.m. (CDT) on March 28, 2013.

Dated this 25th day of March, 2013.

                                                                  BY THE COURT:

                                                                  *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge