IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENA HARRIS, as Administrators of the
Estate of Chaungene L. Ward, Deceased;
and MONICA NOLAN,

        Plaintiffs,

    vs.

OLEG VELICHKOV, et. al;

        Defendants.

**8:09CV349**

**ORDER NUNC TUNC**

The court's "Settlement Conference Closing Statement" is amended as follows:


5)      On or before April 5, 2013, the released defendants shall deposit with the clerk an additional sum of **$60,462.90**.  Upon receipt of these additional settlement funds from the released defendants, the clerk of the court shall distribute:

$48,472.47 to the law firm of Humphrey, Farrington & McClain at its address of record on the court's docket; and

$11 ,990.43 to the law firm of Cochran, Cherry, Givens & Smith, P.C. at its address of record on the court's docket.

April 4, 2013.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge