IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENA HARRIS, as Administrators of the Estate of Chaungene L. Ward, Deceased; and MONICA NOLAN,<br><br>            Plaintiffs,<br><br>      vs.<br><br>OLEG VELICHKOV, et al.<br><br>            Defendants. | 8:09CV349<br><br>SECOND ORDER<br>NUNC PRO TUNC |

The court's "Settlement Conference Closing Statement" is again amended as follows:

3)    The released defendants have deposited $177,550.29 with the clerk in settlement of the claims asserted by the Estate of Chaungene L. Ward. Upon confirmation of where those funds must be sent (see paragraph (4)), the clerk of the court shall distribute:

$72,498.20 to The Northern Trust Company;

$72,498.21 to LFG National Capital, LLC;

$27,553.88 to the Gary, Williams law firm; and

$5,000.00 to the Estate of Chaungene L. Ward.

April 9, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge