IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENA HARRIS, as Administrators of the Estate of Chaungene L. Ward, Deceased; and MONICA NOLAN,<br><br>              Plaintiffs,<br><br>vs.<br><br>OLEG VELICHKOV, et al;<br><br>              Defendants. | 8:09CV349<br><br>**DISTRIBUTION ORDER** |

IT IS ORDERED:

1)      From the settlement proceeds received and deposited with the court for the above-captioned case, the clerk of the court shall distribute $175,887.63 by check made payable to Monica Nolan, c/o Charles James, II, Cochran, Cherry, Givens & Smith, P.C., 306 N. Main Street, Tuskegee, AL 36083.

2)      The check shall reference "Settlement Proceeds Nolan v. Fresh Start, et al" on the memo line.

April 29, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge