IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENA HARRIS, as Administrators of the
Estate of Chaungene L. Ward, Deceased;
and MONICA NOLAN,

           Plaintiffs,

   vs.

OLEG VELICHKOV, NERMIN
DONESKI,  MICKEY'S TRUCKING
EXPRESS, INC., MILCO DONESKI,
FRESH START, INC.,

           Defendants.

**8:09CV349**

**DISTRIBUTION ORDER**

IT IS ORDERED, the clerk of the court shall distribute the remaining settlement funds in the above-captioned case as follows:

a)  A check in the amount of **$23,772.42** made payable to the State of Tennessee Bureau of TennCare, 310 Great Circle Road, 4th Floor East-TPL, Nashville, TN 37243. Please reference "Monica J. Nolan, TennCare Case No. 106607" on the memo line of the check;

b)  A check amount of **$5,944.36** made payable to Monica J. Nolan, c/o Charles James, II, Post Office Box 781, Montgomery, Alabama 36101. Please reference "TennCare Subrogation Reimbursement" on the memo line of the check;

c)  A check in the amount of **$11,990.43** made payable to Estate of Jock M. Smith, c/o Charles James, II, Post Office Box 781, Montgomery, Alabama 36101. Please reference "Case Expense Reimbursement Monica Nolan" on the memo line of the check;

2

d)       A check in the amount of **$38,197.38** made payable to Estate of Jock M. Smith, c/o Charles James, II, Post Office Box 781, Montgomery, Alabama 36101. Please reference "JMS Attorney's Fee Share, Monica Nolan" on the memo line of the check;

e)       A check in the amount of **$114,592.12** made payable to Charles James, II, c/o Charles James, II, Post Office Box 781, Montgomery, Alabama 36101. Please reference "Attorney's Fee, Monica Nolan" on the memo line of the check.

Dated this 24th day of September, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

2